# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

NORTH FORK BANK,
    *Plaintiff*

    v.

M/Y MILWAUKEE'S BEST (Official No. 1141867), her boats, tackle, apparel, furniture, engines and appurtenances, *in rem*,

    and

LFS MARINE HOLDINGS, LLC, and
LATRELL F. SPREWELL, *in personam*,
    *Defendants*

IN ADMIRALTY

Case No. 07-C-0699

Hon. Joseph P. Stadtmueller

## ORDER DIRECTING DISTRIBUTION OF PROCEEDS OF SALE

This Court having entered a Final Judgment on November 28, 2007, in favor of Plaintiff and against the motor yacht MILWAUKEE'S BEST (Official No. 1141867), her boats, tackle, apparel, furniture, engines and appurtenances (collectively the "Vessel"), together with an Order directing the judicial sale of the Vessel;

And notices of the sale having been published in the *Milwaukee Journal Sentinel* and the *Manitowoc Herald Times Reporter* on January 7, 2008, and January 10, 2008;

And the United States Marshal having sold the Vessel to a third-party bidder for $856,000.00 at public auction on January 14, 2008;

And the five business days allotted for filing objections to the sale having expired with no objections being filed, and the sale therefore being deemed automatically confirmed;

**IT IS ORDERED** that the United States Marshal is hereby authorized and directed to deduct his statutory commission and any outstanding fees and expenses from the proceeds of the Vessel's sale, and to pay the balance of the proceeds to Plaintiff.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin, this 29th day of January, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge